ACCEPTED
03-14-00528-CR
3604730
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 2:58:51 PM
JEFFREY D. KYLE
CLERK

## IN THE THIRD COURT OF APPEALS
### FOR THE STATE OF TEXAS

**JAMES ALAN WEATHERFORD**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
JEFFREY D. KYLE
Clerk

**V.**

NO. 03-14-00528-CR

**THE STATE OF TEXAS**

### APPELLANT'S FIRST MOTION FOR
### EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, James Alan Weatherford, by and through his attorney of record, Dal Ruggles, and files this his First Motion for Extension of Time to File Brief and in support thereof, would show the Court the following:

### I.

That the above-styled and numbered cause is styled The State of Texas v. James Alan Weatherford, Cause Number 12-0465-K277 in the 368th Judicial District Court of Williamson County, Texas. Appellant was sentenced on July 23, 2014.

### II.

Appellant plead guilty to counts 1-24 of Possession of Child Pornography with no agreed plea recommendation. Appellant went to the Court for punishment. The trial court assessed punishment at five (5) years imprisonment for each count to run concurrent with cause number 14-0874-K368. The date of sentencing was July 23, 2014.

### III.

Appellant's notice of appeal was filed on August 20, 2014. A motion for new trial was filed on August 21, 2014. The reporter's record was filed on November 19, 2014. The clerk's record was filed on September 8, 2014 and supplemental clerk's

1

records were filed on September 18, 2014, November 21, 2014, November 24, 2014 and November 26, 2014. The due date for the brief is Monday, December 29, 2014.

## IV.

This is Appellant's first motion for extension of time to file his brief. Appellant respectfully requests a forty-five day extension of time to file the brief, which would make such brief due on Thursday, February 12, 2015.

## V.

The undersigned attorney has been unable to complete the brief due to lack of time. The Reporter's record was filed just last month and counsel's workload has been such that he has not been able to devote sufficient time to complete the brief. He asks that this extension be granted so that he may effectively represent Appellant and so that justice may be done in this case.

Respectfully Submitted,

/s/ Dal Ruggles
DAL RUGGLES
Attorney at Law
1103 Nueces St.
Austin, Texas 78701
Phone: (512) 477-7991
Facsimile: (512) 477-3580
SBN: 24041834
Email: dal@ruggleslaw.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

2

I, Dal Ruggles, hereby certify that a true and correct copy of the foregoing Appellant's First Motion for Extension of Time to File Brief was e-served to Mr. John C. Prezas of the Williamson County District Attorney's Office on this the 29th day of December, 2014.

/s/ Dal Ruggles
DAL RUGGLES